IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| P.N.B., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-515-CDL-CHW |
| | : | |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

ORDER

Petitioner asks this Court to enjoin Petitioner's removal while her appeal is pending in the Eleventh Circuit Court of Appeals (ECF No. 32).[1] The Court finds that Petitioner's motion for a stay of removal pending her appeal is more properly directed to the Court of Appeals upon the docketing of her appeal. Accordingly, this Court denies the motion.

**SO ORDERED**, this 6th day of November, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] Petitioner's motion for leave to appeal *in forma pauperis* (ECF No. 27) was granted today; thus, Petitioner's notice of appeal is likely imminent.